1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                        IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00279 TLN |
|---|---|
12 | Plaintiff, | **STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT** |
13 | v. | |
14 | MICHAEL McCREE, | |
15 | Defendant. | |

16

17

18                               **STIPULATION**

19      Plaintiff United States of America, by and through its counsel of record, and defendant, by

20 and through his counsel of record, hereby stipulate as follows:

21      1.     By previous order, this matter was set for status on September 19, 2013.

22      2.     By this stipulation, defendant now moves to continue the status conference until

23 November 7, 2013, at 9:30 a.m., and to exclude time between September 19, 2013, and November 7,

24 2013, under Local Code T4.  The United States does not oppose this request.

25      3.     The parties agree and stipulate, and request that the Court find the following:

26           a.     The government has represented that the discovery associated with this case

27 includes investigative reports, workers' compensation benefits records, bank records, and other

28 related documents in electronic form constituting approximately 2600 pages of documents.  All of

Stipulation re: Continuance of Status Hearing and
Exclusion of Time

1

1  this discovery has been produced directly to counsel.  Additionally, defense counsel has produced
2  information to the United States as to the issue of resolution.

3        b.    Defense counsel has requested the United States make a formal plea offer,
4  which the United States anticipates making the week of September 16, 2013.

5        c.    Counsel for defendant desires additional time to consult with his client and to
6  review discovery for this matter, to engage in discussions with the United States regarding potential
7  resolution, for which he will need to review discovery provided and the information provided to the
8  United States, and to otherwise prepare for a possible trial.

9        c.    Counsel for defendant believes that failure to grant the above-requested
10 continuance would deny him the reasonable time necessary for effective preparation, taking into
11 account the exercise of due diligence.

12       d.    The government does not object to the continuance.

13       e.    Based on the above-stated findings, the ends of justice served by continuing
14 the case as requested outweigh the interest of the public and the defendant in a trial within the
15 original date prescribed by the Speedy Trial Act.

16       f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.
17 § 3161, *et seq.*, within which trial must commence, the time period of September 19, 2013 to
18 November 7, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)
19 [Local Code T4] because it results from a continuance granted by the Court at defendant's request on
20 the basis of the Court's finding that the ends of justice served by taking such action outweigh the best
21 interest of the public and the defendant in a speedy trial.

22   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of
23 the Speedy Trial Act dictate that additional time periods are excludable from the period
24 within which a trial must commence.

Stipulation re: Continuance of Status Hearing and
Exclusion of Time

2

IT IS SO STIPULATED.

Dated:  September 13, 2013                    BENJAMIN B. WAGNER
                                              United States Attorney

                                         By:  */s/ Todd A. Pickles*
                                              TODD A. PICKLES
                                              Assistant U.S. Attorney

                                              For the United States of America


Dated:  September 13, 2013

                                         By:  */s/ Todd A. Pickles for*
                                              JEFFREY FLETCHER

                                              For the Defendant

### ORDER

IT IS SO FOUND AND ORDERED this 13th day of September, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation re: Continuance of Status Hearing and Exclusion of Time

3