BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL McCREE,<br><br>Defendant. | CASE NO. 2:12-cr-00279 TLN<br><br>**STIPULATION AND ORDER RE: HEARING ON DEFENDANT'S COMPETENCE TO STAND TRIAL**<br><br>[18 U.S.C. § 4241] |

### STIPULATION

Plaintiff United States of America, by and through the undersigned Assistant United States Attorney, and defendant Michael McCree, by and through his counsel of record, hereby stipulate as follows:

1.  The parties appeared before the Court on February 20, 2014, at which time this matter was set for jury trial on November 3, 2014, with an exclusion of time to that date for defense preparation under 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

2.  Counsel for defendant also raised the issue of his client's competency to stand trial and the matter was set for hearing on that issue on April 4, 2014.  The Court also found that time would be excluded from the Speedy Trial Act on that additional basis as well.

3.  Defendant has not yet been evaluated with respect to his competency to stand trial and, therefore, the parties agree that the hearing on April 4, 2014 should be continued.

Stipulation re: Hearing on Defendant's Competence
to Stand Trial

1

4. By this stipulation, the parties agree and now respectfully move the Court for the following order:

 a.) The United States be permitted to designate an examiner pursuant to 18 U.S.C. § 4247(b);

 b.) Defendant be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) as soon as practicable but no later than May 15, 2014;

 c.) Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than June 12, 2014; and

 d.) The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on June 19, 2014, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241. To the extent that the Court determines a hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available to the Court on June 19, 2014.

3. The parties further agree and stipulate, and request that the Court find that in addition to exclusion of time under Local Code T4, the Court find excludable time under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A] from February 20, 2014 through June 19, 2014 based on the need for a determination of defendant's competency to stand trial and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1  IT IS SO STIPULATED.

2  Dated:  April 2, 2014                              BENJAMIN B. WAGNER
                                                     United States Attorney
3

4                                            By:     */s/ Todd A. Pickles*
                                                     TODD A. PICKLES
5                                                    Assistant U.S. Attorney

6                                                    For the United States of America

7

8  Dated:  April 2, 2014

9                                            By:     */s/ Todd A. Pickles for*
                                                     JEFFREY FLETCHER
10                                                   For the Defendant

Stipulation re: Hearing on Defendant's Competence to Stand Trial                3

**ORDER**

For the reasons stated in the parties' Stipulation and for good cause showing, the Court ADOPTS the parties' Stipulation. Accordingly, IT IS HEREBY ORDERED THAT:

1.) The United States is permitted to designate an examiner pursuant to 18 U.S.C. § 4247(b);

2.) Defendant shall meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) as soon as practicable but no later than May 15, 2014;

3.) Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than June 12, 2014; and

4.) The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on June 19, 2014, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241. To the extent that the Court determines a hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available to the Court on June 19, 2014; and that

5.) The period of February 20, 2014 through June 19, 2014 is excluded from the time by which trial must be commenced under the Speedy Trial Act under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A.

IT IS SO FOUND AND ORDERED this 2nd day of April, 2014.

Troy L. Nunley
United States District Judge

Stipulation re: Hearing on Defendant's Competence
to Stand Trial

4