BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00279 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: HEARING ON DEFENDANT'S COMPETENCE TO STAND TRIAL** |
| v. | |
| MICHAEL McCREE, | **[18 U.S.C. § 4241]** |
| Defendant. | |

### STIPULATION

Plaintiff United States of America, by and through the undersigned Assistant United States Attorney, and defendant Michael McCree, by and through his counsel of record, hereby stipulate as follows:

1.) By previous order the Defendant was be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) as soon as practicable but no later than May 15, 2014; any report based on the examination made pursuant to 18 U.S.C. § 4247(c) was to be presented to the Court and the parties no later than June 12, 2014; and the matter was set for a non-evidentiary hearing at 9:30 a.m. on June 19, 2014, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241.

2.) The United States has not yet been able to find an examiner who had availability to conduct the examination.

Stipulation re: Hearing on Defendant's Competence
to Stand Trial

1

3.)     Therefore, the parties request and agree that:

    a. Defendant be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) as soon as practicable but no later than July 25, 2014;

    b. Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than August 15, 2014; and

    c. The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on August 28, 2014, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241.  To the extent that the Court determines a hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available to the Court on August 25, 2014.

3.     The parties further agree and stipulate, and request that the Court find that in addition to exclusion of time under Local Code T4, the Court find excludable time under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A] from June 19, 2014 through August 28, 2014 based on the need for a determination of defendant's competency to stand trial and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

| | | | |
|---|---|---|---|
| 1 | IT IS SO STIPULATED. | | |
| 2 | Dated:  June 17, 2014 | | BENJAMIN B. WAGNER |
| | | | United States Attorney |
| 3 | | | |
| 4 | | By: | */s/ Todd A. Pickles* |
| | | | TODD A. PICKLES |
| 5 | | | Assistant U.S. Attorney |
| 6 | | | For the United States of America |


1   IT IS SO STIPULATED.

2   Dated:  June 17, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney
3

4                                  By:   */s/ Todd A. Pickles*
                                         TODD A. PICKLES
5                                        Assistant U.S. Attorney

6                                        For the United States of America

7

8   Dated:  June 17, 2014

9                                  By:   */s/ Todd A. Pickles for*
                                         JEFFREY FLETCHER
10
                                         For the Defendant

Stipulation re: Hearing on Defendant's Competence to Stand Trial

3

**ORDER**

For the reasons stated in the parties' Stipulation and for good cause showing, the Court ADOPTS the parties' Stipulation. Accordingly, IT IS HEREBY ORDERED THAT:

1.) Defendant shall meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) as soon as practicable but no later than July 25, 2014;

2.) Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than August 15, 2014; and

3.) The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on August 28, 2014, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241. To the extent that the Court determines a hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available to the Court on August 28, 2014; and that

4.) The period of June 19, 2014 through August 28, 2014 is excluded from the time by which trial must be commenced under the Speedy Trial Act under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A.

IT IS SO FOUND AND ORDERED this 19th day of June, 2014

Troy L. Nunley
United States District Judge

Stipulation re: Hearing on Defendant's Competence
to Stand Trial