BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHAEL McCREE,<br><br>                              Defendant. | CASE NO. 2:12-cr-00279 TLN<br><br>**STIPULATION AND ORDER RE: HEARING ON DEFENDANT'S COMPETENCE TO STAND TRIAL AND TO VACATE TRIAL DATE**<br><br>**[18 U.S.C. § 4241]** |

**STIPULATION**

Plaintiff United States of America, by and through the undersigned Assistant United States Attorney, and defendant Michael McCree, by and through his counsel of record, hereby stipulate as follows:

1.)     By previous order the Defendant was be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) as soon as practicable; and the matter was set for a non-evidentiary hearing at 9:30 a.m. on August 28, 2014, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241.

2.)     The United States has not yet been able to find an examiner who had availability to conduct the examination.

3.)     Therefore, the parties request and agree that:

Stipulation and Order re: Hearing on Defendant's
Competence to Stand Trial

1

a. Defendant be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) as soon as practicable;

b. Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than November 20, 2014; and

c. The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on December 4, 2014, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241.  To the extent that the Court determines a hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available.

3.      The parties further agree and stipulate, and request that the Court find that in addition to exclusion of time under Local Code T4, the Court find excludable time under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A] from august 28, 2014 through December 4, 014 based on the need for a determination of defendant's competency to stand trial and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

4.      The parties further stipulate and agree that the trial date and the trial confirmation date in the above-captioned case shall be vacated.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order re: Hearing on Defendant's
Competence to Stand Trial

1    IT IS SO STIPULATED.

2    Dated:  August 28, 2014                          BENJAMIN B. WAGNER
                                                      United States Attorney
3

4                                          By:    */s/ Todd A. Pickles*
                                                  TODD A. PICKLES
5                                                 Assistant U.S. Attorney

6                                                 For the United States of America

7

8    Dated:  August 28, 2014

9                                          By:    */s/ Todd A. Pickles for*
                                                  JEFFREY FLETCHER
10
                                                  For the Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order re: Hearing on Defendant's
Competence to Stand Trial

**ORDER**

For the reasons stated in the parties' Stipulation and for good cause showing, the Court ADOPTS the parties' Stipulation.  Accordingly, IT IS HEREBY ORDERED THAT:

1.)  Defendant shall meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) as soon as practicable;

2.)  Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than November 20, 2014; and

3.)  The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on December 4, 2014, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241.  To the extent that the Court determines a hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available to the Court;

4.)  The period of August 28, 2014 through December 4, 2014 is excluded from the time by which trial must be commenced under the Speedy Trial Act under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A]; and that

5.)  The trial date and the trial confirmation date shall be vacated.

IT IS SO FOUND AND ORDERED this 28th day of August, 2014

_____
Troy L. Nunley
United States District Judge