BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00279 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: HEARING ON DEFENDANT'S COMPETENCE TO STAND TRIAL** |
| v. | |
| MICHAEL McCREE, | **[18 U.S.C. § 4241]** |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through the undersigned Assistant United States Attorney, and defendant Michael McCree, by and through his counsel of record, hereby stipulate as follows:

1.) By previous order the Defendant was be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) as soon as practicable; and the matter was set for a non-evidentiary hearing at 9:30 a.m. on December 4, 2014, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241.

2.) The United States has retained Dr. Jason Root, M.D., to conduct the competency evaluation and has provided to counsel for the defense a copy of Dr. Root's curriculum vitae.  .

Stipulation and Order re: Hearing on Defendant's
Competence to Stand Trial

1

3.) Therefore, the parties request and agree that:

    a. Defendant be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) on January 15, 2015 at 9:00 a.m. or at a date subsequent as agreed to by the United States;

    b. Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than January 31, 2015; and

    c. The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on February 12, 2015, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241. To the extent that the Court determines an evidentiary hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available.

3. The parties further agree and stipulate, and request that the Court find that in addition to exclusion of time under Local Code T4, the Court find excludable time under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A] from December 4, 2014 through February 12, 2015 based on the need for a determination of defendant's competency to stand trial and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. The parties further stipulate and agree that the trial date and the trial confirmation date in the above-captioned case shall be vacated.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order re: Hearing on Defendant's
Competence to Stand Trial

2

1   IT IS SO STIPULATED.

2   Dated:  December 1, 2014                    BENJAMIN B. WAGNER
                                                United States Attorney

                                          By:   */s/ Todd A. Pickles*
                                                TODD A. PICKLES
                                                Assistant U.S. Attorney

                                                For the United States of America


8   Dated:  December 1, 2014

                                          By:   */s/ Todd A. Pickles for*
                                                JEFFREY FLETCHER

                                                For the Defendant

Stipulation and Order re: Hearing on Defendant's
Competence to Stand Trial

3

**ORDER**

For the reasons stated in the parties' Stipulation and for good cause showing, the Court ADOPTS the parties' Stipulation. Accordingly, IT IS HEREBY ORDERED THAT:

1.) Defendant be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) on or before January 15, 2015 at 9:00 a.m. or at a date subsequent as agreed to by the United States;

2.) Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than January 31, 2015; and

3.) The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on February 12, 2015, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241. To the extent that the Court determines a hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available.

4.) The period of December 4, 2014 through February 12, 2015 is excluded from the time by which trial must be commenced under the Speedy Trial Act under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A]; and that

IT IS SO FOUND AND ORDERED this 1st day of December, 2014.

Troy L. Nunley
United States District Judge

Stipulation and Order re: Hearing on Defendant's
Competence to Stand Trial