BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL McCREE,<br><br>Defendant. | CASE NO. 2:12-cr-00279 TLN<br><br>**STIPULATION AND ORDER RE: HEARING ON DEFENDANT'S COMPETENCE TO STAND TRIAL**<br><br>[18 U.S.C. § 4241] |

### STIPULATION

Plaintiff United States of America, by and through the undersigned Assistant United States Attorney, and defendant Michael McCree, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order the defendant was be ordered to meet with the examiner on January 15, 2015 to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b); and the matter was set for a non-evidentiary hearing at 9:30 a.m. on February 12, 2015, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241.  *See* Dckt. No. 50.

2.  The United States retained Dr. Jason Root, M.D., to conduct the competency evaluation and provided to counsel for the defense a copy of Dr. Root's curriculum vitae.

Stipulation re: Hearing on Defendant's Competence
to Stand Trial

1

3. On December 1, 2014, the undersigned counsel for the United States sent counsel for defendant an email informing counsel of the date, time, and location of the evaluation. On December 18, 2014, counsel for the United States sent another email confirming the same information and noting a new start time of the evaluation. Counsel for the United States then called and left counsel for defendant a voicemail the week prior to January 15, 2015 re-confirming the date, time, and location. At approximately 8:00 a.m. on January 15, 2015, counsel for defendant called and left a voicemail with counsel for the United States stating that defense counsel made an error and defendant would not be attending the ordered evaluation and requesting a new date. No additional information was provided as to why the defendant did not attend as ordered.

4. Because defendant did not attend the evaluation as ordered, counsel for the United States has made the following arrangements, which defendant, through his counsel has agreed:

    a. Defendant be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) on March 5, 2015 at 1 p.m. or at a date subsequent as agreed to by the United States;

    b. Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than March 23, 2015; and

    c. The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on March 26, 2015, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241. To the extent that the Court determines an evidentiary hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available.

5. The United States has also informed defense counsel that Dr. Roof will be billing the United States for 4 hours of his time for the morning of January 15, 2015, when the defendant failed to appear. The United States has requested that the defendant or defense counsel pay for that time. Defense counsel has declined. Accordingly, the United States has informed defense counsel that it will raise the matter with the Court at the non-evidentiary competency hearing set for March 26,

Stipulation re: Hearing on Defendant's Competence to Stand Trial

1  2015, and request that the Court order defendant or his counsel to pay for the time billed by Dr. Roof
2  for January 15, 2015, which defendant did not attend as ordered.
3       6.      The parties further agree and stipulate, and request that the Court find that in addition
4  to exclusion of time under Local Code T4, the Court find excludable time under 18
5  U.S.C.§ 3161(h)(1)(A) [Local Code A] from February 12, 2015 through March 26, 2015 ased on the
6  need for a determination of defendant's competency to stand trial and on the basis of the Court's
7  finding that the ends of justice served by taking such action outweigh the best interest of the public
8  and the defendant in a speedy trial.
9       7.      Nothing in this stipulation and order shall preclude a finding that other provisions of
10 the Speedy Trial Act dictate that additional time periods are excludable from the period within which
11 a trial must commence.

Stipulation re: Hearing on Defendant's Competence
to Stand Trial

3

1   IT IS SO STIPULATED.

2   Dated:  February 9, 2015                    BENJAMIN B. WAGNER
                                                United States Attorney
3

4                                       By:    */s/ Todd A. Pickles*
                                                TODD A. PICKLES
5                                               Assistant U.S. Attorney

6                                               For the United States of America

7

8   Dated:  February 9, 2015

                                        By:    */s/ Todd A. Pickles for*
9                                               JEFFREY FLETCHER

10                                              For the Defendant

Stipulation re: Hearing on Defendant's Competence to Stand Trial

4

**ORDER**

For the reasons stated in the parties' Stipulation and for good cause showing, the Court ADOPTS the parties' Stipulation. Accordingly, IT IS HEREBY ORDERED THAT:

1.) Defendant be ordered to meet with the examiner to undergo an examination to determine his competency pursuant to 18 U.S.C. § 4241(b) and § 4247(b) on March 5, 2015 at 1:00 p.m. or at a date subsequent as agreed to by the United States;

2.) Any report based on the examination made pursuant to 18 U.S.C. § 4247(c) shall be presented to the Court and the parties no later than March 23, 2015; and

3.) The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on March 26, 2015, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241. To the extent that the Court determines a hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available.

4.) At the hearing, the Court shall also take up the matter of whether defendant or his counsel shall be ordered to pay the bill for the time Dr. Jason Roof has reserved for the competency evaluation on January 15, 2015, which the defendant did not attend.

5.) The period of February 12, 2015 through March 26, 2015 is excluded from the time by which trial must be commenced under the Speedy Trial Act under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A].

IT IS SO FOUND AND ORDERED this 9thday of February, 2015.

_____
Troy L. Nunley
United States District Judge

Stipulation re: Hearing on Defendant's Competence to Stand Trial

5