BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00279 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE: HEARING ON DEFENDANT'S COMPETENCE TO STAND TRIAL** |
| v. | |
| MICHAEL McCREE, | **[18 U.S.C. § 4241]** |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through the undersigned Assistant United States Attorney, and defendant Michael McCree, by and through his counsel of record, hereby stipulate as follows:

1. By previous order the defendant this matter was set for a non-evidentiary hearing at 9:30 a.m. on March 26, 2015, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241. The Court also ordered that the United States request for reimbursement for the defendant's failure to appear at a previously-ordered examination would be heard on March 26, 2015.

2. As required by the order, the United States provided the examination report by Dr. Jason Root, M.D. to the Court and to counsel for Mr. McCree on March 23, 2015.

3.  Counsel for the defendant has informed the United States that he needs additional time to review the report with his client and to prepare for the hearing, and request the matter be continued to April 30, 2015.  The United States does not object to his request to continue the non-evidentiary hearing, although the United States has informed counsel that should the defendant be found competent the United States will request that the matter be set for trial.

4.  The parties further agree and stipulate, and request that the Court find that in addition to exclusion of time under Local Code T4, the Court find excludable time under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A] from March 26, 2015 through April 30, 2015, based on the need for a determination of defendant's competency to stand trial and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1  IT IS SO STIPULATED.

2  Dated: March 24, 2015                             BENJAMIN B. WAGNER
                                                     United States Attorney
3
4                                          By:       */s/ Todd A. Pickles*
                                                     TODD A. PICKLES
5                                                    Assistant U.S. Attorney

6                                                    For the United States of America

7

8  Dated: March 24, 2015
                                           By:       */s/ Todd A. Pickles for*
9                                                    JEFFREY FLETCHER

10                                                   For the Defendant

Stipulation re: Hearing on Defendant's Competence to Stand Trial

3

**ORDER**

For the reasons stated in the parties' Stipulation and for good cause showing, the Court ADOPTS the parties' Stipulation. Accordingly, IT IS HEREBY ORDERED THAT:

1.) The matter shall be set for a non-evidentiary hearing at 9:30 a.m. on April 30, 2015, with respect to the issue of defendant's competency to stand trial pursuant to 18 U.S.C. § 4241. To the extent that the Court determines a hearing is required pursuant to 18 U.S.C. § 4247(d), it shall be set on a future date available.

2.) At the hearing, the Court shall also take up the matter of whether defendant or his counsel shall be ordered to pay the bill for the time Dr. Jason Roof has reserved for the competency evaluation on January 15, 2015, which the defendant did not attend.

3.) The period of March 26, 2015 through April 30, 2015 is excluded from the time by which trial must be commenced under the Speedy Trial Act under 18 U.S.C.§ 3161(h)(1)(A) [Local Code A] .

IT IS SO FOUND AND ORDERED this 25th day of March, 2015.

Troy L. Nunley
United States District Judge

Stipulation re: Hearing on Defendant's Competence
to Stand Trial

4