LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL McCREE,<br><br>　　　　Defendant. | Case No.: 2:12-CR-279 TLN<br><br>STIPULATION AND ORDER VACATING EVIDENTIARY HEARING, SETTING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　January 21, 2016<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　　This matter is presently set for an evidentiary hearing on January 8, 2016. The purpose of the hearing is to address issues related to defendant's mental competence. The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Todd A. Pickles, and Defendant Michael McCree by and through his attorney Todd D. Leras, stipulate as follows:

ORDER VACATING EVIDENTIARY
HEARING AND SETTING
STATUS CONFERENCE

1. Both parties are requesting to vacate the January 8th hearing date. Defense counsel is in the process of obtaining additional information relevant to mental health records expressly mentioned in the competency report of Dr. Jason Roof, the mental health professional assigned to conduct the competency evaluation in this case. Review of these records is necessary to conduct meaningful cross examination of Dr. Roof.

2. The prosecution needs to consult with Dr. Roof regarding his schedule to ensure he is available to testify on the dates available to the Court.

3. By this stipulation, the parties now move to set a status conference on January 21, 2016, at 9:30 a.m., and to exclude time between January 8, 2016 and January 21, 2016, under Local Code T-4. The parties anticipate that the matter is likely to be continued by written stipulation before the status conference once they have agreed upon a mutually convenient and available date for the evidentiary hearing.

4. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation for the evidentiary hearing, taking into account the exercise of due diligence.

5. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 8, 2016 and January 21, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. §

ORDER VACATING EVIDENTIARY HEARING AND SETTING STATUS CONFERENCE

3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: January 7, 2016

By    Todd D. Leras for   
TODD A. PICKLES
Assistant United States Attorney

DATED: January 6, 2016

By    /s/ Todd D. Leras   
TODD D. LERAS
Attorney for Defendant
MICHAEL McCREE

ORDER VACATING EVIDENTIARY
HEARING AND SETTING
STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the evidentiary hearing in this matter, scheduled for January 8, 2016, is vacated.  A status conference is scheduled for January 21, 2016, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 8, 2016, up to and including January 21, 2016.

DATED:  January 7, 2016

_____
Troy L. Nunley
United States District Judge

ORDER VACATING EVIDENTIARY
HEARING AND SETTING
STATUS CONFERENCE