LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-279 TLN |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| MICHAEL McCREE, | |
| Defendant. | Date:       July 28, 2016<br>Time:       9:30 a.m.<br>Court:      Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Todd A. Pickles, and Defendant Michael McCree by and through his attorney Todd D. Leras, stipulate as follows:

1.   This matter is presently set for a status conference on May 26, 2016.  On April 5, 2016, the Court issued a minute order (Docket Entry 77) denying a motion pursuant to 18 U.S.C. § 4241 initiated by Defendant's prior counsel expressing a doubt as to

ORDER CONTINUING STATUS
CONFERENCE

Defendant's mental competency.

2.  Following the Court's ruling on the competency issue, defense counsel has initiated additional investigation regarding potential defenses in the case. This investigation is ongoing. Some of the witnesses and relevant locations related to charges set forth in the Indictment are located in the East Bay region of the San Francisco Bay Area, requiring travel outside of this district. Defense counsel therefore requests to continue the status conference in this matter to July 28, 2016, at 9:30 a.m.,to allow time to complete defense investigation.

3.  Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4.  Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 26, 2016 to July 28, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of

ORDER CONTINUING STATUS
CONFERENCE

1    the Speedy Trial Act dictate that additional time periods are excludable from the

2    period within which a trial must commence.

3        Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized

4
     Todd Leras to sign it on his behalf.
5

6

7    DATED:  May 24, 2016

8                                                        By ____Todd D. Leras for_____
                                                             TODD A. PICKLES
9                                                            Assistant United States Attorney

10   DATED:  May 23, 2016

11                                                       By ____/s/ Todd D. Leras_____
                                                             TODD D. LERAS
12                                                           Attorney for Defendant
                                                             MICHAEL McCREE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER CONTINUING STATUS
     CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for May 26, 2016, is vacated. A new status conference is scheduled for July 28, 2016, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 26, 2016, up to and including July 28, 2016.

DATED:  May 24, 2016

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE