1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  MICHAEL McCREE

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            | Case No.: 2:12-CR-279 TLN
12 |            Plaintiff,
13 | vs.                                  | STIPULATION AND ORDER SETTING
   |                                      | STATUS CONFERENCE AND
14 |                                      | EXCLUDING TIME UNDER THE SPEEDY
15 | MICHAEL McCREE,                      | TRIAL ACT
16 |            Defendant.                | Date:   August 18, 2016
17 |                                      | Time:   9:30 a.m.
   |                                      | Court:  Hon. Troy L. Nunley
18

19

20

21     The parties to this action, Plaintiff United States of America by and through Assistant

22 United States Attorney Todd A. Pickles, and Defendant Michael McCree by and through his

23 attorney Todd D. Leras, stipulate as follows:

24
       1.  This matter is presently set for a status conference on July 28, 2016.  The
25
           government has provided a proposed written plea agreement to resolve the matter
26
           through negotiated disposition.
27
ORDER CONTINUING STATUS
28 CONFERENCE

2. Defense counsel has reviewed the proposed Plea Agreement with Mr. McCree. Additional investigation is needed to resolve questions related to potential defenses and sentencing factors. The defense believes that these matters must be completed before a decision can be finalized regarding acceptance or rejection of the proposed resolution.

3. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 28, 2016 to August 18, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized

ORDER CONTINUING STATUS CONFERENCE

1 | Todd Leras to sign it on his behalf.

3

DATED: July 26, 2016

By   Todd D. Leras for
     TODD A. PICKLES
     Assistant United States Attorney

DATED: July 26, 2016

By   /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     MICHAEL McCREE

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for July 28, 2016, is vacated. A new status conference is scheduled for August 18, 2016, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 28, 2016, up to and including August 18, 2016.

DATED:  July 26, 2016

HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE