LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL McCREE,<br><br>　　　　　Defendant. | Case No.: 2:12-CR-279 TLN<br><br>STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　August 25, 2016<br>Time:　　9:30 a.m.<br>Court:　　Hon. Troy L. Nunley |

　　　The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Todd A. Pickles, and Defendant Michael McCree by and through his attorney Todd D. Leras, stipulate as follows:

　　　1.　This matter is presently set for a status conference on August 18, 2016. The parties anticipate setting a trial date in February or March of 2017. The parties are waiting to confirm the Court's availability for a trial date of February 21, 2017.

ORDER CONTINUING STATUS
CONFERENCE

2. Defense counsel anticipates a request to exclude time for attorney preparation, investigation, and legal research up to and including the trial date. The parties jointly believe that future dates can be set by written stipulation and proposed order. The parties are therefore requesting to continue the status conference to August 25, 2016. Both sides anticipate that an additional proposed order requesting an exclusion of time up to and including the jury trial date can appropriately be submitted once a trial date is selected.

3. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 18, 2016 to August 25, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of

ORDER CONTINUING STATUS CONFERENCE

the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: August 16, 2016

By    Todd D. Leras for
      TODD A. PICKLES
      Assistant United States Attorney

DATED: August 16, 2016

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      MICHAEL McCREE

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for August 18, 2016, is vacated. A new status conference is scheduled for August 25, 2016, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 18, 2016, up to and including August 25, 2016.

Dated: August 16, 2016

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE