LAW OFFICE OF TODD D. LERA
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL McCREE,<br><br>　　　　　Defendant. | Case No.: 2:12-CR-279 TLN<br><br>STIPULATION AND ORDER VACATING STATUS CONFERENCE<br><br>Date:　　　December 1, 2016<br>Time:　　　9:30 a.m.<br>Court:　　　Hon. Troy L. Nunley |

　　　　The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Todd A. Pickles, and Defendant Michael McCree by and through his attorney Todd D. Leras, stipulate as follows:

　　1.　This matter is presently set for a status conference on December 1, 2016.  The matter is also set for a Trial Confirmation Hearing on January 19, 2017, followed by a Jury Trial set to commence on February 21, 2017.  The parties requested that the Court set all three dates during a Status Conference held on August 25, 2016.

ORDER VACATING STATUS CONFERENCE

2. Defense counsel requested that the Court set the December 1st Status Conference due to a potential scheduling conflict with a mail and wire fraud case pending before United States District Judge Morrison C. England, Jr., <u>United States v. Jamal Shehadeh, et al.</u>, Case Number 2:16-038 MCE (hereafter referred to as "the Shehadeh case). Defense counsel represents Saber Shehadeh in the Shehadeh case. Another charged defendant in that matter, Jamal Shehadeh, is in custody and has repeatedly insisted on a trial date within the period established by the Speedy Trial Act. The government has produced over 107,000 pages of discovery in the Shehadeh case. The government estimates the length of trial in the Shehadeh case to be eight to twelve weeks.

3. At the time the parties set the February 21st Jury Trial date in this matter, a trial date had not yet been set in the Shehadeh case. Defense counsel did not believe that he could simultaneously prepare this matter for trial while also preparing for Trial in the Shehadeh case. The Shehadeh case is now set for a Jury Trial scheduled to begin on September 25, 2017. Judge England set the Shehadeh matter for Jury Trial during the last Status Conference held in that matter on October 20, 2016.

4. Counsel for Defendant Michael McCree is now assured that there is no conflict with the trial date in this matter and the trial date in the Shehadeh case.

5. Based on the above-stated facts, the parties jointly request that the Court vacate the December 1st Status Conference and confirm the previously-set Trial Confirmation and Jury Trial dates. Time under the Speedy Trial Act has previously been excluded based on a defense request for preparation time up to and including the February 21,

ORDER VACATING STATUS CONFERENCE

2017 Jury Trial date.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: November 28, 2016

By     Todd D. Leras for
       TODD A. PICKLES
       Assistant United States Attorney

DATED: November 28, 2016

By     /s/ Todd D. Leras
       TODD D. LERAS
       Attorney for Defendant
       MICHAEL McCREE

ORDER VACATING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for December 1, 2016, is vacated. The Trial Confirmation Hearing set for January 19, 2017, along with the Jury Trial scheduled to commence on February 21, 2017, are confirmed. Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 25, 2016 up to and including February 21, 2017.

DATED:  November  28, 2016

_____
Troy L. Nunley
United States District Judge

ORDER VACATING STATUS CONFERENCE