LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>MICHAEL McCREE,<br><br>       Defendant. | Case No.: 2:12-CR-279 TLN<br><br>STIPULATION AND ORDER CONTINUING JURY TRIAL DATE<br><br>Date:     May 11, 2017<br>Time:    9:30 a.m.<br>Court:   Hon. Troy L. Nunley |

   The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Todd A. Pickles, and Defendant Michael McCree by and through his attorney Todd D. Leras, stipulate as follows:

   1. This matter is presently set for a trial confirmation hearing on January 19, 2017, followed by a jury trial set to begin on February 21, 2017.

ORDER CONTINUING JURY TRIAL

2. Defense counsel is requesting to continue the jury trial date to October 30, 2017. Defense counsel is also requesting two additional dates be set: a Status Conference on May 11, 2017 at 9:30 a.m., and a Trial Confirmation Hearing on September 7, 2017. The United States is ready to proceed to trial on the date currently set.

3. Defense counsel is making the request on the ground additional investigation is required to prepare this matter for jury trial. Many of the events involved in this matter occurred in Vacaville and Oakland, California. Both locations are approximately 35 and 82 miles from Sacramento, requiring significant travel time to interview potential defense witnesses.

4. An evidentiary hearing related to Defendant's mental competency to stand trial was held on March 3, 2016. The Court issued a Minute Order finding Defendant competent to stand trial on April 5, 2016. Trial preparation efforts had been delayed during the time needed to resolve the competency issue.

5. Defense efforts to complete trial preparation in this matter after resolution of the competency issue have been complicated by the demands of two other cases. First, defense counsel served as co-counsel in a bank fraud and wire fraud jury trial in the Northern District of California (United States v. Sanjiv Kakkar, Case Number 5:13-cr-0736-EJD). The Kakkar matter proceeded to trial before the Honorable Edward J. Davila during late October and early November of 2016. Second, defense counsel is simultaneously preparing for jury trial in a mail and wire fraud case pending before United States District Judge Morrison C. England, Jr., United States v. Jamal Shehadeh, et al., Case Number 2:16-038 MCE (hereafter referred to as "the Shehadeh

ORDER CONTINUING JURY TRIAL

case).  Defense counsel represents Saber Shehadeh in the Shehadeh case.  Another charged defendant in that matter, Jamal Shehadeh, is in custody and has repeatedly insisted on a trial date within the period established by the Speedy Trial Act.   The government has produced over 107,000 pages of discovery in the Shehadeh case.  The government estimates the length of trial in the Shehadeh case to be eight to twelve weeks.

6. The Shehadeh case is now set for a Jury Trial scheduled to begin on September 25, 2017.  Judge England also established a pre-trial motion briefing schedule in the Shehadeh case, with a hearing date on the motions set for April 6, 2017.

7. Considering the time demands required to address legal research and trial preparation in the Kakkar and Shehadeh cases, defense counsel needs additional time to complete investigation and trial preparation in the McCree case.  Defense counsel wishes to avoid unnecessary delay and is therefore requesting a jury trial date of the McCree matter on October 30, 2017.  If, as is often the case, there is any delay in the scheduled trial of the Shehadeh case, defense counsel will be ready to proceed to trial in this case on October 30, 2017.

8. Defense counsel is requesting a May 11 Status Conference in this matter to update the Court and the government as to the status of the September 25, 2017 trial date in the Shehadeh case.  Based on the above-stated facts, the government does not oppose defense counsel's request for continuance of the Jury Trial date in this matter and exclusion of time under the Speedy Trial Act up to and including the October 30, 2017 Jury Trial date.

ORDER CONTINUING JURY TRIAL

9.  For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 21, 2017 through October 30, 2017, inclusive, shall be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court finding that the ends of justice served by taking such action outweighs the best interests of the public and the Defendant in a speedy trial. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED:  January 17, 2017

By   Todd D. Leras for
     TODD A. PICKLES
     Assistant United States Attorney

DATED:  January 17, 2017

By   /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     MICHAEL McCREE

ORDER CONTINUING JURY TRIAL

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Trial Confirmation Hearing set for January 19, 2017, along with the Jury Trial scheduled to commence on February 21, 2017, are vacated.  A new Jury Trial is scheduled for October 30, 2017, at 9:00 a.m., with a Status Conference set for May 11, 2017, at 9:30 a.m., and a Trial Confirmation Hearing to be held on September 7, 2017.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 21, 2017, up to and including October 30, 2017.

Dated: January 18, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING JURY TRIAL