```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  TODD A. PICKLES
    Assistant United States Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00279 TLN |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS HEARING RE: TRIAL DATE; ORDER** |
| v. | |
| MICHAEL McCREE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status hearing on May 11, 2017 regarding the status of the trial currently set for October 30, 2017.

2. By this stipulation, defendant now moves continue the status to August 17, 2017, by which time defendant believes he will have additional information with respect to the trial date.

3. Time has previously been excluded through the trial date of October 30, 2017.

4. The United States does not oppose this request.

Stipulation re: Continuance of Status Hearing and
Exclusion of Time

1

IT IS SO STIPULATED.

Dated: May 8, 2017                    PHILLIP A. TALBERT
                                      United States Attorney

                            By:       /s/ Todd A. Pickles
                                      TODD A. PICKLES
                                      Assistant U.S. Attorney

                                      For the United States of America


Dated: May 8, 2017
                            By:       /s/ Todd A. Pickles for
                                      TODD LERAS, ESQ.

                                      For the Defendant

## ORDER

For the reasons set forth above, and good cause showing, the status hearing regarding trial is hereby CONTINUED to **August 17, 2017 at 9:30 a.m.** This Court has previously found that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 21, 2017 through October 30, 2017 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

IT IS SO FOUND AND ORDERED this 8th day of May, 2017.

Troy L. Nunley
United States District Judge