LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL McCREE,<br><br>Defendant. | Case No.: 2:12-CR-279 TLN<br><br>STIPULATION AND ORDER CONTINUING JURY TRIAL DATE<br><br>Date: September 7, 2017<br>Time: 9:30 a.m.<br>Court: Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Todd A. Pickles, and Defendant Michael McCree by and through his attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set for three dates: (a) A Status Conference on August 17, 2017; (b) A Trial Confirmation Hearing on September 7, 2017; and (c) A Jury Trial

ORDER VACATING STATUS CONFERENCE

set to begin on October 30, 2017.

2. Defense counsel is requesting to vacate the August 17th Status Conference date.

3. This matter had been continued previously at defense counsel's request, in part, because of preparations for jury trial in a mail and wire fraud case that had been expected to start before United States District Judge Morrison C. England, Jr., <u>United States v. Jamal Shehadeh, et al.</u>, Case Number 2:16-038 MCE (hereafter referred to as "the Shehadeh case) on September 25, 2017. Defense counsel represents Saber Shehadeh in the Shehadeh case. Another charged defendant in that matter, Jamal Shehadeh who is represented by the Federal Defender's Office, had repeatedly insisted on a trial date within the period established by the Speedy Trial Act. The government has produced over 109,000 pages of discovery in the Shehadeh case. The government also estimates the length of trial in the Shehadeh case to be eight to twelve weeks.

4. The Shehadeh case recently continued at the request of Jamal Shehadeh's counsel. The Shehadeh case is presently set for jury trial on February 26, 2018. Until the Federal Defender requested additional time in the Shehadeh case, defense counsel had been concerned about whether there would be a scheduling conflict between the trial dates in that matter and the trial schedule for Mr. McCree. Accordingly, defense counsel requested the August 17th status conference to determine what was happening with the Shehadeh case trial schedule to provide sufficient notice to the Court and counsel in the event of a scheduling conflict.

5. Defense counsel is now requesting to vacate the August 17 Status Conference. The

ORDER VACATING STATUS
CONFERENCE

Trial Confirmation Hearing set for September 7, and the Jury Trial set for October 30 remain in place. An order excluding time up to and including the October 30th Jury Trial has previously been entered in this matter. There is no need for an additional exclusion of time.

Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: August 15, 2017

By    Todd D. Leras for
TODD A. PICKLES
Assistant United States Attorney

DATED: August 15, 2017

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
MICHAEL McCREE

ORDER VACATING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Status Conference, scheduled for August 17, 2017, is vacated. The Jury Trial scheduled for October 30, 2017, at 9:00 a.m., and a Trial Confirmation Hearing to be held on September 7, 2017 remain on calendar as previously scheduled. Time has previously been excluded under the Speedy Trial Act up to and including October 30, 2017.

DATED: August 15, 2017

_____
Troy L. Nunley
United States District Judge

ORDER VACATING STATUS CONFERENCE