LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL McCREE,<br><br>　　　　　Defendant. | Case No.: 2:12-CR-279 TLN<br><br>STIPULATION AND ORDER<br>CONTINUING TRIAL CONFIRMATION<br>HEARING<br>Date:　　　September 21, 2017<br>Time:　　　9:30 a.m.<br>Court:　　　Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant

United States Attorney Todd A. Pickles, and Defendant Michael McCree by and through his

attorney Todd D. Leras, stipulate as follows:

　　　1.　This matter is presently set for a trial confirmation hearing on September 7, 2017,

　　　　followed by a jury trial set to begin on October 30, 2017.

ORDER CONTINUING JURY TRIAL

2. Defense counsel is requesting to continue the Trial Confirmation Hearing to September 21, 2017. Defendant suffers from a long-standing back injury. He has a magnetic resonance imaging medical appointment on September 5, 2017. Defense counsel is requesting the additional two weeks extension of the Trial Confirmation Hearing. The additional time is needed to facilitate meaningful trial preparation efforts and potential settlement discussions in this matter.

3. The jury trial in this matter had previously been continued at defense counsel's request for several reasons, including defense counsel's preparation for an estimated twelve-week jury trial in a mail and wire fraud case before United States District Judge Morrison C. England, Jr., <u>United States v. Jamal Shehadeh, et al.</u>, Case Number 2:16-038 MCE (hereafter referred to as "the Shehadeh case) originally scheduled for September 25, 2017. That matter recently continued when an in-custody co-defendant represented by the Federal Defender's Office, Jamal Shehadeh, requested a continuance after insisting on a speedy trial. The government has produced over 109,000 pages of discovery in the Shehadeh case. Preparation for trial in that matter had consumed significant amounts of counsel's time up until Jamal Shehadeh requested the continuance on July 13, 2017.

4. Considering the time demands required to address legal research and trial preparation in the Shehadeh case, defense counsel needs additional time to meet and consult with Mr. McCree before Trial Confirmation Hearing in this matter.

5. Time has previously been excluded under the Speedy Trial Act up to the October 30, 2017 Jury Trial Date. Defense counsel's request to continue the Trial Confirmation

ORDER CONTINUING JURY TRIAL

Hearing for two weeks to September 21 therefore does not require any further order

as to exclusion of time.     Assistant U.S. Attorney Todd Pickles has reviewed this

proposed order and authorized Todd Leras to sign it on his behalf.

DATED:  September 5, 2017

By    <u>Todd D. Leras for</u>          
TODD A. PICKLES
Assistant United States Attorney


DATED:  September 5, 2017

By    <u>/s/ Todd D. Leras</u>        
TODD D. LERAS
Attorney for Defendant
MICHAEL McCREE

ORDER CONTINUING JURY TRIAL

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Trial Confirmation Hearing set for September 7, 2017 is continued to September 21, 2017.

DATED:  September 5, 2017

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING JURY TRIAL