1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL McCREE,<br><br>Defendant. | Case No.: 2:12-CR-279 TLN<br><br>STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING<br>Date:     September 28, 2017<br>Time:    9:30 a.m.<br>Court:   Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Todd A. Pickles, and Defendant Michael McCree by and through his attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set for a trial confirmation hearing on September 21, 2017, followed by a jury trial set to begin on October 30, 2017.

2. The Government has previously provided the defense with a written plea agreement setting out the terms of a proposed resolution. Defense counsel believes that additional meetings and discussion with Mr. McCree may result in a change of plea before trial. Defense counsel is therefore requesting a one week continuance of the Trial Confirmation Hearing. The additional time is needed to ensure that Mr. McCree fully understands the terms of the proposed resolution and is prepared to proceed with a decision to either resolve the case or proceed to trial.

3. Potential resolution of this matter serves the purpose of judicial economy by eliminating the time required for a jury trial in this matter.

4. Time has previously been excluded under the Speedy Trial Act up to the October 30, 2017 Jury Trial Date. Defense counsel's request to continue the Trial Confirmation Hearing to September 28 therefore does not require any further order as to exclusion of time. Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: September 19, 2017

By    Todd D. Leras for
      TODD A. PICKLES
      Assistant United States Attorney

DATED: September 19, 2017

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      MICHAEL McCREE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the Trial Confirmation Hearing set for September 21, 2017 is continued to September 28, 2017, at 9:30 a.m.

DATED:  September 19, 2017

_____
Troy L. Nunley
United States District Judge