LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-279 TLN |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| MICHAEL McCREE, | Court: Hon. Troy L. Nunley |
| Defendant. | Date: March 8, 2018<br>Time: 9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant

U.S. Attorney Todd A. Pickles and Attorney Todd D. Leras on behalf of Defendant Michael

McCree, submit this request to continue the date presently set for Judgment and Sentencing in

the above-reference matter from January 11, 2018 to March 8, 2018. Defendant has completed

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

his interview with the assigned probation officer, but the defense needs additional time to conduct investigation and gather materials in support of its sentencing request as allowed under the express terms of the Plea Agreement.

The government does not oppose the request and the assigned probation officer is available to appear on the requested date. It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: January 25, 2018;

2. Informal Objections to Draft Pre-Sentence Report: February 8, 2018;

3. Final Pre-Sentence Report Date: February 15, 2018;

4. Motion for Correction Date: February 22, 2018; and

5. Reply Date: March 1, 2018.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: December 14, 2017

By /s/ Todd D. Leras for
TODD A. PICKLES
Assistant United States Attorney

DATED: December 12, 2017

By /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
MICHAEL McCREE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to March 8, 2018, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: December 12, 2017

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE