LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL McCREE,<br><br>        Defendant. | Case No.: 2:12-CR-279 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:    Hon. Troy L. Nunley<br><br>Date:     May 3, 2018<br>Time:    9:30 a.m. |

      The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Todd A. Pickles and Attorney Todd D. Leras on behalf of Defendant Michael McCree, submit this request to continue the date presently set for Judgment and Sentencing in the above-reference matter from March 8, 2018 to May 3, 2018.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defendant has completed his interview with the assigned probation officer. Defense counsel has provided the probation officer with a portion of medical records related to Mr. McCree's physical condition for consideration as to potential sentencing options. The medical records are voluminous. As a result, the assigned probation officer needs additional time to consider them in the draft Pre-Sentence Investigation Report. Defendant joins in the request for a continuance, while the Government has no objection to it. The assigned probation officer is available on May 3, 2018.

It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: March 22, 2018;

2. Informal Objections to Draft Pre-Sentence Report: April 5, 2018;

3. Final Pre-Sentence Report Date: April 12, 2018;

4. Motion for Correction Date: April 19, 2018; and

5. Reply Date: April 26, 2018.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: February 7, 2018

By    /s/ Todd D. Leras for
      TODD A. PICKLES
      Assistant United States Attorney

DATED: February 7, 2018

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      MICHAEL McCREE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to May 3, 2018, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: February 13, 2018

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE