LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-279 TLN |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| MICHAEL McCREE, | Court: Hon. Troy L. Nunley |
| Defendant. | Date: July 19, 2018<br>Time: 9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Todd A. Pickles and Attorney Todd D. Leras on behalf of Defendant Michael McCree, submit this request to continue the date presently set for Judgment and Sentencing in the above-reference matter from May 3, 2018 to July 19, 2018.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defendant has completed his interview with the assigned probation officer. Defense counsel has provided the probation officer with a portion of medical records related to Mr. McCree's physical condition for consideration as to potential sentencing options. The probation officer has requested additional records for inclusion in the draft pre-sentence investigation report (PSR). The defense investigator has requested some of these records, but recently returned to work after the unexpected death of his mother. As a result, the defense is requesting additional time to provide the assigned probation officer with the additional information requested. The assigned probation officer is available on July 19, 2018.

It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: May 31, 2018;

2. Informal Objections to Draft Pre-Sentence Report: June 14, 2018;

3. Final Pre-Sentence Report Date: June 21, 2018;

4. Motion for Correction Date: June 28, 2018; and

5. Reply Date: July 12, 2018.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: May 1, 2018

By   /s/ Todd D. Leras for
     TODD A. PICKLES
     Assistant United States Attorney

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

| | | |
|---|---|---|
| DATED: May 1, 2018 | By | /s/ Todd D. Leras |
| | | TODD D. LERAS |
| | | Attorney for Defendant |
| | | MICHAEL McCREE |

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to July 19, 2018, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: May 1, 2018

Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE