LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL McCREE,<br><br>　　　　　Defendant. | Case No.: 2:12-CR-279 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:　　Hon. Troy L. Nunley<br><br>Date:　　September 6, 2018<br>Time:　　9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Todd A. Pickles and Attorney Todd D. Leras on behalf of Defendant Michael McCree, submit this request to continue the date presently set for Judgment and Sentencing in the above-reference matter from July 19, 2018 to September 6, 2018.

ORDER

Defendant completed his interview with the assigned probation officer. Defense counsel provided the probation officer with significant medical treatment records related to Mr. McCree's physical condition for consideration as to potential sentencing options. The draft pre-sentence investigation report (PSR) has been prepared but has not yet been released to the parties. A modification of the disclosure schedule and continuance of the sentencing hearing are therefore necessary to allow sufficient time for the parties to file appropriate responses. The assigned probation officer has confirmed her availability on September 6, 2018.

It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: July 26, 2018;

2. Informal Objections to Draft Pre-Sentence Report: August 9, 2018;

3. Final Pre-Sentence Report Date: August 16, 2018;

4. Motion for Correction Date: August 23, 2018; and

5. Reply Date: August 30, 2018

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: July 16, 2018

By  /s/ Todd D. Leras for
TODD A. PICKLES
Assistant United States Attorney

DATED: July 16, 2018

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
MICHAEL McCREE

ORDER

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to September 6, 2018, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: July 16, 2018

_____
Troy L. Nunley
United States District Judge

ORDER