LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
MICHAEL McCREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-CR-279 TLN |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| MICHAEL McCREE, | |
| Defendant. | Court: Hon. Troy L. Nunley |
| | Date: September 27, 2018 |
| | Time: 9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Todd A. Pickles and Attorney Todd D. Leras on behalf of Defendant Michael McCree, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from September 6, 2018 to September 27, 2018.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defense counsel requests the continuance because he needs additional time to prepare for the sentencing hearing. This preparation time includes meeting with Mr. McCree to review materials relevant to the hearing at Mr. McCree's new residence in Pittsburg, California, a distance of approximately 65 miles from counsel's office. Mr. McCree suffers from numerous physical ailments which make it difficult for him to travel to and from Sacramento for lengthy meetings.

The Final Pre-Sentence Investigation Report and Defendant's Formal Response to it have been filed. There is therefore no need to adjust the previously-set disclosure schedule, except for setting a Sentencing Memorandum filing deadline on September 20, 2018. The assigned probation officer has confirmed her availability on September 27, 2018.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Todd Pickles has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED: August 28, 2018

By  /s/ Todd D. Leras for
TODD A. PICKLES
Assistant United States Attorney

DATED: August 28, 2018

By  /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
MICHAEL McCREE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to September 27, 2018, at 9:30 a.m. The Court adopts the Sentencing Memorandum deadline proposed by the parties.

IT IS SO ORDERED.

DATED: August 30, 2018

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE