McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00279-TLN |
|---|---|
| Plaintiff, | |
| v. | ORDER AMENDING JUDGMENT REGARDING RESTITUTION |
| MICHAEL MCCREE, | |
| Defendant. | |

The Court has reviewed the parties' joint stipulated request to amend the restitution portion of the judgment in this case pursuant to Federal Rule of Criminal Procedure 36, to change the victim from the USPS Disbursing Officer to the Department of Labor as a result of oversight or omission. See Fed. R. Crim P. 36. In light of the parties' stipulated request, IT IS HEREBY ORDERED as follows:

1. The restitution portion of the judgment shall be amended to change the victim from the USPS Disbursing Officer to the Department of Labor, in the amount of $124,236.67.

2. Any restitution payments shall be sent by the U.S. District Court to the Department of Labor at the following address:

Order Amending Judgment Regarding Restitution

1

Department of Labor
c/o Office of Workers' Compensation Programs
Division of Federal Employees' Compensation
200 Constitution Avenue, NW, Suite C-3523
Washington, DC 20210

3. The USPS Disbursing Officer shall return a total of $219.00 in restitution payments they received ($97.00 on May 1, 2020 and $122.00 on July 1, 2020) to the U.S. District Court, California Northern District, at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102 and reference case 419CR679. The Clerk's Office is ordered to serve a copy of this order on the USPS at 2825 Lone Oak Parkway, Eagan, MN 55121-9612.

IT IS SO ORDERED this 20th day of September, 2020.

Troy L. Nunley
United States District Judge

Order Amending Judgment Regarding Restitution

2